IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LILLIAM RIVERA FREYTAS**<br><br>    Plaintiffs<br>v.<br><br>**COMMONWEALTH OF PUERTO RICO**, **ET AL.,**<br><br>Defendants | **CIVIL NO. 11-1735 (FAB)(MEL)**<br><br>**CIVIL RIGHTS ACTION** |

**MOTION REQUESTING LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

**TO THE HONORABLE COURT:**

**COMES NOW** undersigned counsel, Jose A. Figueroa Santaella, and respectfully requests leave to withdraw as attorney of record for the defendants, Commonwealth of Puerto Rico, Guillermo Somoza Colombani; Víctor Carbonell; Arlene Gardón; Albert Grajales; Armando Sánchez; Edwin Carrión Soto, all the individual defendants in their personal capacity. In support of the instant request, undersigned counsel very respectfully **ALLEGE and PRAY**:

1. The undersigned has been counsel of record on behalf of the defendants, Commonwealth of Puerto Rico, Guillermo Somoza Colombani; Víctor Carbonell; Arlene Gardón; Albert Grajales; Armando Sánchez; Edwin Carrión Soto, all the individual defendants in their personal capacity ("the defendants") as a result of his professional relationship with the law firm Aldarondo & López Brás, PSC.

2. Effective today, December 14th, 2012, the undersigned will not continue to be a member of Aldarondo & López Brás, PSC law firm although the defendants will still

to be represented in the captioned case by Mr. Claudio Aliff Ortiz from the Aldarondo & López Brás, PSC law firm.

3. Pursuant to L.Civ.R. 83(d) the undersigned requests leave from Court to withdraw as attorney of record on behalf of the defendants.

**WHEREFORE,** undersigned counsel respectfully moves the Court to take notice of the aforementioned, and grants the withdrawal of the undersigned counsel as requested.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 14th day of December 2012.

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that on this same day a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system, which will send notification to the parties' counsel of record to their registered email addresses.

**ALDARONDO & LÓPEZ BRAS, P.S.C.**
**Attorneys for the Municipality of Guaynabo**
ALB Plaza, Suite 400
#16 Carr. 199
Guaynabo, Puerto Rico 00969
Tel. (787) 474-5447 / Fax. (787) 474-5451

**S/JOSÉ A. FIGUEROA SANTAELLA**
**José A. Figueroa-Santaella**
USDC-PR Bar No. 224112
Email: jfigueroa.alb@gmail.com