# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LILLIAM RIVERA FREYTAS**<br><br>　　Plaintiffs<br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, ET AL.,**<br><br>　　Defendants | **CIVIL NO. 11-1735 (FAB)(MEL)**<br><br>**CIVIL RIGHTS ACTION** |

## MOTION REQUESTING LEAVE TO WITHDRAW AS ATTORNEY AND FOR STAY OF PROCEEDINGS AND FOR ENLARGMENT OF TIME

**TO THE HONORABLE COURT:**

**COMES NOW** the defendants, Commonwealth of Puerto Rico, Guillermo Somoza Colombani; Víctor Carbonell; Arlene Gardón; Albert Grajales; Armando Sánchez; Edwin Carrión Soto, all the individual defendants in their personal capacity, through the undersigned attorneys very respectfully **ALLEGES and PRAYS**:

1. By virtue of a professional services contract with the Puerto Rico Department of Justice ("PRDOJ"), the undersigned attorney and his law firm have appeared as counsel for the Defendants in the proceedings of the captioned case.

2. As a result of the November 6th General Elections in Puerto Rico, a new administration in the PRDOJ will assume the responsibilities of handling the civil cases before this Honorable Court, including the captioned case. The current PRDOJ has instructed the undersigned and his law firm to withdraw as counsel in all the cases assigned under the provisions of the contract, effective on December 31st, 2012, and return all files to the PRDOJ for the ultimate reassignment in the agency and discussion with the incoming administration.

3. Local Civil Rule 83D (December 3, 2009) provides regarding withdrawals that "[n]o attorney may withdraw an appearance in any action except by leave of Court."

4. The undersigned had asked this Court before for leave to withdraw as counsel of record and such a request was denied. In light of the Court order, the plaintiff's exams by defendants' expert witness took place. The plaintiff's deposition was scheduled for January 4, 2013, but without a contract that would allow us to provide services for the PRDJ and the personal capacity defendants, we find ourselves forced to ask again for this Court's indulgence and to accept that we are released from the legal representation of the defendants in this action.

5. Considering the recent circumstances, the undersigned counsel very respectfully requests leave from this Honorable Court to formally withdraw his and his firm's appearance as counsel for the Defendants and allow them to further appear with new counsel within the next sixty (60) days. The undersigned counsel further requests a stay of the pending proceedings until new counsel appears on behalf of the Defendants. Copy of this filed motion has been sent to the PRDOJ with the entire files related to the captioned case, for their immediate action on retaining further counsel.

6. In compliance with our ethical responsibility, we handed the case file to the Auxiliary Secretariat of Litigation at the Department of Justice. Their mailing address is:

> Department of Justice
> Auxiliary Secretariat of Litigation
> PO Box 9020192
> San Juan, Puerto Rico, 00902-0192

**WHEREFORE,** it is respectfully requested that this Honorable Court takes notice of the above mentioned, and grants leave for the withdrawal of the appearing counsel as counsel for the Defendants in all further proceedings of the captioned case and further grants a stay of the pending proceedings until new counsel appears on their behalf.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 26th day of December, 2012.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court Using CM/ ECF system which will send notification of such filing to all attorneys of record.

**ALDARONDO & LÓPEZ BRAS, PSC**
ALB Plaza
#16 Carr. 199, Suite 400
Guaynabo, Puerto Rico 00969
Tel. 787-474-5447 / Fax. 787-474-5451
E-mail: alb@alblegal.net

*S/Claudio Aliff-Ortiz*
Claudio Aliff-Ortiz
USDC-PR No. 205313
califf@alblegal.net

*S/ José A. Figueroa-Santaella*
**José A. Figueroa-Santaella**
USDC-PR No. 224112
Email: jfigueroa.alb@gmail.com